# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Ludington, Thomas L. | U.S. District Court MI (Eastern) | 05/12/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

U.S. Courthouse
1000 Washington Ave
Bay City, MI
48708

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Secretary | R. M. Gerstacker Foundation |
| 2. Trustee | Albion College |
| 3. President & Director | Ludington Family Foundation |
| 4. Advisory Trustee | John Ludington Beneficial Trust |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Ludington, Thomas L.** | 05/12/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2019 | Michigan Judges Retirement Services | $38,807.00 |
| 2. 2019 | Michigan County Employees Pension Fund | $6,296.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Ludington, Thomas L.** | 05/12/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Ludington, Thomas L.** | 05/12/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Chemical Bank & Trust checking & savings | A | Interest | K | T | | | | | |
| 2. Dow Chemical Employees Credit Union | A | Interest | K | T | | | | | |
| 3. TD Ameritrade Money Market (Y) | | | | | | | | | |
| 4. Merrill Lynch Money Market | A | Interest | L | T | | | | | |
| 5. -Amgen stock | A | Dividend | J | T | | | | | |
| 6. -Laboratory CP American Hldg | | None | J | T | | | | | |
| 7. -Blackrock Global Stock Fund | A | Dividend | M | T | | | | | |
| 8. | D | Distribution | M | T | | | | | |
| 9. -IBM stock | B | Dividend | K | T | | | | | |
| 10. -Quest Diagnostics stock | A | Dividend | K | T | | | | | |
| 11. Interest Income Fund 401K | D | Int./Div. | N | T | | | | | |
| 12. Vanguard Convertible See 401K | C | Int./Div. | K | T | | | | | |
| 13. Am Cent US Real Estate 401K | | None | K | T | | | | | |
| 14. Fidelity Contrafund Pool Cl 2 401K | | None | L | T | | | | | |
| 15. SSga Stable Value-State of Michigan 457 Plan | | None | | | Sold | 01/10/19 | K | | |
| 16. PIMCO Total Return-State of Michigan 457 | | None | | | Sold | 01/10/19 | J | | |
| 17. Dodge & Cox Stock State of Michigan 457 Plan | | None | | | Sold | 01/10/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Ludington, Thomas L.** | 05/12/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. SSga Stable Value State of Michigan 401K Plan | | None | | | Sold | 01/10/19 | M | | |
| 19. SSgaCash Series Treasury State of MI 401K | | None | | | Sold | 01/10/19 | J | | |
| 20. PIMCO Total Return State of MI 401K | | None | | | Sold | 01/10/19 | L | | |
| 21. Dodge & Cox Stock-St of MI 401K | | None | | | Sold | 01/10/19 | L | | |
| 22. Ridge Worth Funds-St of MI 401K | | None | | | Sold | 01/10/19 | K | | |
| 23. American Funds Europacific Gr-St of MI 401K | | None | | | Sold | 01/10/19 | K | | |
| 24. Artisan Mid Cap-St of MI 401K | | None | | | Sold | 01/10/19 | L | | |
| 25. TRP Is Mid Cap 401K | D | Int./Div. | M | T | | | | | |
| 26. Vanguard Dev Mkt IndexIP 401K | B | Int./Div. | L | T | | | | | |
| 27. MTL Insurance Co (ordinary) Life Policy | | None | K | T | | | | | |
| 28. Trust Mark (ordinary) Life Policy | | None | L | T | | | | | |
| 29. Indianapolis (ordinary) Life Policy | | None | K | T | | | | | |
| 30. Fidelity Roth IRA #1 (H) | A | Interest | M | T | | | | | |
| 31. -Apple Inc stock | | None | | | Sold | 01/17/19 | K | D | |
| 32. -Plains All American Pipeline stock | | None | | | Sold | 01/17/19 | J | | |
| 33. -AER Cap Holdings stock | | None | | | Sold | 01/17/19 | K | A | |
| 34. -AMG TimesSquare Intl Small Cap | | None | | | Sold | 01/17/19 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Ludington, Thomas L.** | 05/12/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35.  -Vanguard Consumer Dis ETF | | None | | | Sold | 01/17/19 | J | | |
| 36.  -Gastonia, NC Bond 4/1/2020 | | None | | | Sold | 02/07/19 | J | | |
| 37.  -New Hampshire Bond 9/1/21 | | None | | | Sold | 02/07/19 | J | | |
| 38.  -Palm Beach, FL Bond 11/1/22 | | None | | | Sold | 02/07/19 | J | | |
| 39.  -Goldman Sachs CD 12/10/19 | | None | | | Sold | 02/07/19 | J | | |
| 40.  -DFA Emerging Markets Core Equities Fund | A | Dividend | K | T | Buy | 01/18/19 | K | | |
| 41. | | None | K | T | Buy (add'l) | 02/11/19 | J | | |
| 42.  -Janus Henderson Global Income Fund | A | Dividend | K | T | Buy | 01/18/19 | K | | |
| 43. | A | Distribution | K | T | Buy (add'l) | 02/11/19 | J | | |
| 44.  -Matthews Emerging Asia Fund | A | Distribution | K | T | Buy | 01/18/19 | K | | |
| 45. | | None | K | T | Buy (add'l) | 02/11/19 | J | | |
| 46. | | None | K | T | Buy (add'l) | 12/11/19 | J | | |
| 47.  -PrimeCap Odyssey Growth Fund | A | Dividend | K | T | Buy | 01/18/19 | K | | |
| 48. | B | Distribution | K | T | Buy (add'l) | 02/11/19 | J | | |
| 49.  -DFA International Value Fund | A | Dividend | J | T | Buy | 02/11/19 | J | | |
| 50.  -New Perspective Fund | B | Dividend | L | T | Buy | 12/11/19 | L | | |
| 51. | B | Distribution | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1  Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2  Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Ludington, Thomas L.** | 05/12/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. | Fidelity IRA #1 Rollover (H) | | None | P1 | T | Distributed<br>(part) | 12/09/19 | L | | |
| 53. | -Johnson & Johnson stock | | None | | | Sold | 01/17/19 | K | B | |
| 54. | -MFS Intl New Discovery A Fund | | None | | | Sold | 01/17/19 | K | D | |
| 55. | -T Price Media & Tele Fund | | None | | | Sold | 01/17/19 | L | E | |
| 56. | -Magellan Midstream Partners stock | | None | | | Sold | 01/17/19 | J | | |
| 57. | -SPDR Utilities ETF | | None | | | Sold | 01/17/19 | K | | |
| 58. | -Old Dominion Freight Line stock | | None | | | Sold | 01/17/19 | K | D | |
| 59. | -American Century Intl Opportunity Fund | | None | | | Sold | 01/17/19 | K | | |
| 60. | -Fidelity Cycl Indust Fund | | None | | | Sold | 01/17/19 | K | | |
| 61. | -Vanguard S&P 500 ETF | | None | | | Sold | 01/17/19 | L | B | |
| 62. | -Invesco Sm Cap Health ETF | | None | | | Sold | 01/17/19 | K | D | |
| 63. | -Sherwin Williams Co stock | | None | | | Sold | 01/17/19 | K | C | |
| 64. | -Snap-On Inc stock | | None | | | Sold | 01/17/19 | K | A | |
| 65. | -Vanguard Spc Health Fund | | None | | | Sold | 01/17/19 | K | | |
| 66. | -Prologis stock | | None | | | Sold | 01/17/19 | J | A | |
| 67. | -Avalon Bay Communities stock | | None | | | Sold | 01/17/19 | J | B | |
| 68. | -Thrivent Mid Cap stock | | None | | | Sold | 01/17/19 | L | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ludington, Thomas L. | 05/12/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69.  -AMG TimesSquare Intl SmCap Fund | | None | | | Sold | 01/17/19 | K | | |
| 70.  -AQR Global Equity Fund | B | Dividend | L | T | Buy | 01/17/19 | L | | |
| 71. | | None | L | T | Buy<br>(add'l) | 09/04/19 | J | | |
| 72.  -Blackrock Strategic Income Fund | C | Dividend | M | T | Buy | 01/17/19 | K | | |
| 73. | A | Distribution | M | T | Buy<br>(add'l) | 02/07/19 | L | | |
| 74. | | None | M | T | Buy<br>(add'l) | 05/03/19 | J | | |
| 75. | | None | M | T | Buy<br>(add'l) | 10/15/19 | J | | |
| 76.  -Carillon Reams Unconstrained Bond Fund | C | Dividend | M | T | Buy | 01/17/19 | K | | |
| 77. | | None | M | T | Buy<br>(add'l) | 02/07/19 | L | | |
| 78. | | None | M | T | Buy<br>(add'l) | 07/02/19 | J | | |
| 79.  -DFA Intl Small Cap Value Fund | A | Dividend | K | T | Buy | 01/17/19 | K | | |
| 80. | A | Distribution | K | T | Buy<br>(add'l) | 02/07/19 | J | | |
| 81.  -DFA International Value Fund | C | Dividend | L | T | Buy | 01/17/19 | L | | |
| 82. | | None | L | T | Buy<br>(add'l) | 09/04/19 | J | | |
| 83.  -DFA U.S. Large Cap Growth Port Fund | B | Dividend | L | T | Buy | 01/17/19 | L | | |
| 84. | A | Distribution | L | T | Buy<br>(add'l) | 02/07/19 | J | | |
| 85. | | None | L | T | Sold<br>(part) | 10/14/19 | J | B | |

1 Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2 Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
    P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3 Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| **Ludington, Thomas L.** | 05/12/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86.    -DFA US Large Cap Value Fund | A | Dividend | K | T | Buy | 01/17/19 | L | | |
| 87. | B | Distribution | K | T | | | | | |
| 88.    -Doubleline Total Return Bond Fund | D | Dividend | M | T | Buy | 01/17/19 | K | | |
| 89. | | None | M | T | Buy<br>(add'l) | 02/07/19 | L | | |
| 90. | | None | M | T | Buy<br>(add'l) | 04/03/19 | J | | |
| 91. | | None | M | T | Buy<br>(add'l) | 10/21/19 | J | | |
| 92.    -Johcm International Select Fund | A | Dividend | K | T | Buy | 01/17/19 | J | | |
| 93. | | None | K | T | Buy<br>(add'l) | 02/07/19 | J | | |
| 94.    -JPMorgan Global Bond Opportunities | B | Dividend | L | T | Buy | 01/17/19 | K | | |
| 95. | | None | L | T | Buy<br>(add'l) | 02/07/19 | K | | |
| 96. | | None | L | T | Buy<br>(add'l) | 10/15/19 | J | | |
| 97.    -New Perspective Fund | | None | | | Buy | 01/17/19 | L | | |
| 98. | | None | | | Sold | 12/06/19 | L | E | |
| 99.    -PIMCO Investment Grade Credit Bond<br>Fund | C | Dividend | M | T | Buy | 01/17/19 | K | | |
| 100. | | None | M | T | Buy<br>(add'l) | 02/07/19 | L | | |
| 101. | | None | M | T | Buy<br>(add'l) | 07/03/19 | J | | |
| 102.  -Lehman Bond Escrow 01/18/12 | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Ludington, Thomas L.** | 05/12/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103.  -Griffith, IN Bond 7/5/2020 | A | Interest | J | T | | | | | |
| 104.  -New York, NY Bond 11/1/2020 | A | Interest | K | T | | | | | |
| 105.  -Decatur, GA Bond 05/01/19 | A | Interest | | | Matured | 05/01/19 | J | | |
| 106.  -U of OK Bond 7/1/19 | A | Interest | | | Matured | 07/01/19 | J | | |
| 107.  -Tucson, AZ Bond 1/1/19 | | None | | | Matured | 01/01/19 | J | | |
| 108.  -Alabama St Bond 9/1/19 | A | Interest | | | Matured | 09/01/19 | J | | |
| 109.  -Rockdale, GA Bond 7/1/19 | A | Interest | | | Matured | 07/01/19 | J | A | |
| 110.  -State Bank India CD 10/17/19 | A | Interest | | | Matured | 10/17/19 | J | | |
| 111.  -Jackson, MS Bond 05/1/21 | A | Interest | K | T | | | | | |
| 112.  -Pembroke Pines, FL Bond 10/1/22 | A | Interest | J | T | | | | | |
| 113.  -HSBC Bond 4/5/21 | A | Interest | J | T | | | | | |
| 114.  -Kane McHenry, IL Bond 12/1/21 | | None | J | T | | | | | |
| 115.  -Kentucky St Bond 4/1/19 | A | Interest | | | Matured | 04/01/19 | J | | |
| 116.  -Los Angeles, Co CA Bond 09/1/21 | A | Interest | J | T | | | | | |
| 117.  -Michigan Hsg Auth Bond 10/1/21 | A | Interest | K | T | | | | | |
| 118.  -MTA of NY Bond 11/15/21 | A | Interest | J | T | | | | | |
| 119.  -Pennsylvania St Bond 7/15/21, callable 7/15/20 | A | Interest | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Ludington, Thomas L.** | 05/12/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g, div, rent, or int) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g, buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. -Georgia St Bond 01/01/21 | A | Interest | J | T | | | | | |
| 121. -Iowa Student, IA Bond 12/1/22 | B | Interest | K | T | | | | | |
| 122. Merrill Lynch Trust (FBO #1) Y | | | | | | | | | |
| 123. -MFS Intl New Disc A Fund (FBO#1) Y | | | | | | | | | |
| 124. -T Price Media & Tele Fund (FBO#1) Y | | | | | | | | | |
| 125. -Alerian Infrastructure Fund (FBO#1) Y | | | | | | | | | |
| 126. -Magellan Midstream Partners (FBO#1) Y | | | | | | | | | |
| 127. -SPDR Utilites ETF (FBO#1)Y | | | | | | | | | |
| 128. -Avalon Bay Comm Inc (FBO#1) Y | | | | | | | | | |
| 129. MI Ed Savgs Plan Moderate Age-Based 18 FBO #2No Control | | None | J | T | Distributed (part) | 02/19/19 | K | | |
| 130. | | None | J | T | Distributed (part) | 05/28/19 | J | | |
| 131. | | None | J | T | Distributed (part) | 09/12/19 | K | | |
| 132. MI Ed Savings Plan 100% Equity Opt (FBO#2)No control | | None | | | Distributed | 02/13/19 | J | | |
| 133. -Georgia State Bond 10/1/2020(FBO#1) Y | | | | | | | | | |
| 134. -Connecticut State Bond 11/1/2020(FBO#1) Y | | | | | | | | | |
| 135. -Kansas St Bond 7/1/19 (FBO #1) Y | | | | | | | | | |
| 136. -Pennsylvania St Bond 06/1/19 (FBO #1) Y | | | | | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Ludington, Thomas L.** | 05/12/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 137.  -UNC Chapel Hill Bond 8/1/19 (FBO #1) Y | | | | | | | | | |
| 138.  -Washington St Bond 7/1/19 (FBO #1) Y | | | | | | | | | |
| 139.  -Alamo, TX Bond 2/1/21 (FBO #1) Y | | | | | | | | | |
| 140.  -Kern Co, CA Bond 8/15/21 (FBO #1) Y | | | | | | | | | |
| 141.  -Oregon St Bond 6/30/21 (FBO #1) Y | | | | | | | | | |
| 142.  -Cass Co, MO Bond 05/1/20 (FBO #1) Y | | | | | | | | | |
| 143.  -American Century Intl Opp Fund (FBO #1) Y | | | | | | | | | |
| 144.  -Matthews Pacific Tiger Fund (FBO#1) Y | | | | | | | | | |
| 145.  -AER Cap Holdings (FBO#1) Y | | | | | | | | | |
| 146.  -Invesco Pharma ETF (FBO #1) Y | | | | | | | | | |
| 147.  -Ross Stores Inc (FBO #1) Y | | | | | | | | | |
| 148.  -Shire PLC (FBO#1) Y | | | | | | | | | |
| 149.  -Taiwan Semiconductor (FBO#1) Y | | | | | | | | | |
| 150.  -Fidelity Slct Portfolio Fund (FBO #1) Y | | | | | | | | | |
| 151.  -Oakmark Intl I Fund (FBO #1) Y | | | | | | | | | |
| 152.  -T Rowe Price New Horizons Fund (FBO #1) Y | | | | | | | | | |
| 153.  -Wasatch Intl Growth Fund (FBO #1) Y | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Ludington, Thomas L.** | 05/12/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154.  -Apple Inc (FBO #1) Y | | | | | | | | | |
| 155.  -Fidelity Cycl Indust Fund (FBO #1) Y | | | | | | | | | |
| 156.  -Vanguard S&P 500 ETF (FBO #1) Y | | | | | | | | | |
| 157.  -Invesco Ppty & Cas Ins ETF (FBO #1) Y | | | | | | | | | |
| 158.  -Invesco Sm Cap Health ETF (FBO #1) Y | | | | | | | | | |
| 159.  -Sherwin Williams Co stock (FBO #1) Y | | | | | | | | | |
| 160.  -Vanguard REIT Index ETF (FBO #1) Y | | | | | | | | | |
| 161.  -Invesco S&P Small Cap Util (FBO #1) Y | | | | | | | | | |
| 162.  -FedEx Corp (FBO #1) Y | | | | | | | | | |
| 163.  -Invesco QQQ Trust ETF (FBO #1) Y | | | | | | | | | |
| 164.  -iShares Floating Bond ETF (FBO #1) Y | | | | | | | | | |
| 165.  Chemical Bank Savings (FBO#2) | | None | J | T | | | | | |
| 166.  TD Ameritrade Trust (FBO #2) (Y) | | | | | | | | | |
| 167.  Chemical Bank Trust (H) (FBO #2) | A | Interest | N | T | | | | | |
| 168.  -Ross Stores Inc (FBO#2) | A | Dividend | J | T | | | | | |
| 169.  -MFS Intl New Disc A Fund (FBO#2) | | None | | | Sold | 06/26/19 | J | B | |
| 170.  -T Price Media & Tele Fund (FBO#2) | A | Dividend | J | T | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Ludington, Thomas L.** | 05/12/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 171. | A | Distribution | J | T | | | | | |
| 172. -AER Cap Holdings(FBO#2) | | None | | | Sold | 06/26/19 | J | A | |
| 173. -Alerian Infrastructure Fund (FBO#2) | A | Distribution | | | Sold | 06/26/19 | J | | |
| 174. -Invesco QQQ ETF (FBO #2) | A | Dividend | J | T | | | | | |
| 175. -American Century Intl Opp Fund (FBO #2) | | None | | | Sold | 06/26/19 | J | | |
| 176. -Wasatch Intl Growth Fund (FBO #2) | A | Distribution | J | T | | | | | |
| 177. -Apple Inc (FBO #2) | A | Dividend | J | T | | | | | |
| 178. -Vanguard S&P 500 ETF (FBO #2) | A | Dividend | J | T | | | | | |
| 179. -Invesco Ppty & Cas Ins ETF (FBO #2) | A | Dividend | J | T | | | | | |
| 180. -Invesco Sm Cap Health ETF (FBO #2) | | None | J | T | | | | | |
| 181. -Fidelity Cycl Indust Fund (FBO #2) | | None | | | Sold | 06/26/19 | J | A | |
| 182. -Sherwin Williams Co stock (FBO #2) | A | Dividend | J | T | | | | | |
| 183. -Invesco S&P Small Cap ETF (FBO #2) | A | Dividend | | | Sold | 06/26/19 | J | | |
| 184. -SPDR Utilities ETF (FBO #2) | A | Dividend | J | T | | | | | |
| 185. -FMI International (FBO #2) | A | Dividend | J | T | | | | | |
| 186. -Taiwan Semiconductor (FBO #2) | A | Dividend | J | T | | | | | |
| 187. -FedEx Corp (FBO #2) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Ludington, Thomas L.** | 05/12/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 188.  -Magna Intl stock (FBO #2) | A | Dividend | | | Sold | 06/26/19 | J | | |
| 189.  -Carillon Eagle Mid Cap Growth Fund (FBO #2) | A | Distribution | J | T | | | | | |
| 190. | A | Dividend | J | T | | | | | |
| 191.  -Fidelity Select Port Fund (FBO #2) | A | Distribution | J | T | | | | | |
| 192. | A | Dividend | J | T | | | | | |
| 193.  -RMB Financial Services Fund (FBO #2) | | None | | | Sold | 06/26/19 | J | | |
| 194.  -iShares Core S&P Small Cap ETF (FBO #2) | A | Dividend | J | T | | | | | |
| 195.  -Vanguard Health Care Investors Fund (FBO #2) | A | Dividend | | | Sold | 06/26/19 | J | | |
| 196. | A | Distribution | | | | | | | |
| 197.  -Vanguard Consumer Dis ETF (FBO #2) | A | Dividend | J | T | | | | | |
| 198.  -AMG TimesSquare Intl Small Cap Fund (FBO #2) | | None | | | Sold | 06/26/19 | J | | |
| 199.  -Chevron Corp stock (FBO #2) | A | Dividend | J | T | Buy | 06/26/19 | J | | |
| 200.  -CSX stock (FBO #2) | A | Dividend | J | T | Buy | 06/26/19 | J | | |
| 201.  -Enterprise Products Partners stock (FBO #2) | A | Dividend | J | T | Buy | 06/26/19 | J | | |
| 202.  -United Technologies stock (FBO #2) | A | Distribution | J | T | Buy | 06/26/19 | J | | |
| 203.  -BlackRock Health Science Opportunities Fund (FBO #2) | A | Dividend | J | T | Buy | 07/08/19 | J | | |
| 204. | A | Distribution | J | T | | | | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ludington, Thomas L. | 05/12/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. -T Rowe Price Health Sciences Fund (FBO #2) | A | Dividend | J | T | Buy | 06/26/19 | J | | |
| 206. | A | Distribution | J | T | | | | | |
| 207. -Vanguard Info Technology Index Fund (FBO #2) | A | Dividend | J | T | Buy | 07/08/19 | J | | |
| 208. -Vanguard Small Cap Index Fund (FBO #2) | A | Dividend | J | T | Buy | 06/26/19 | J | | |
| 209. -Invesco Oppenheimer Intl Small Mid Co Fund (FBO #2) | A | Dividend | J | T | Buy | 06/26/19 | J | | |
| 210. | A | Distribution | J | T | | | | | |
| 211. -Tweedy Brown Global Value Fund (FBO #2) | A | Dividend | J | T | Buy | 06/26/19 | J | | |
| 212. | A | Distribution | J | T | | | | | |
| 213. -Vanguard International Growth Fund (FBO #2) | A | Dividend | J | T | Buy | 06/26/19 | J | | |
| 214. -iShares DJ US Industrials Sec ETF (FBO #2) | A | Dividend | J | T | Buy | 06/26/19 | J | | |
| 215. -SPDR S&P Dividend ETF (FBO #2) | A | Dividend | J | T | Buy | 06/26/19 | J | | |
| 216. -Vanguard Consumer Staples (FBO #2) | A | Dividend | J | T | Buy | 06/26/19 | J | | |
| 217. -Vanguard Financials ETF (FBO #2) | A | Dividend | J | T | Buy | 06/26/19 | J | | |
| 218. -Vanguard Utilities ETF (FBO #2) | A | Dividend | J | T | Buy | 06/26/19 | J | | |
| 219. -Kentucky State Bond 1/1/2020 (FBO #2) | A | Interest | | | Redeemed | 08/23/19 | J | | |
| 220. -Gooding Co, ID Bond 9/15/19 (FBO #2) | B | Interest | | | Matured | 09/15/19 | J | | |
| 221. -Morgantown, WV Bond 12/1/19 (FBO #2) | A | Interest | | | Matured | 12/01/19 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ludington, Thomas L. | 05/12/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 222.  -New York, NY Bond 3/1/19 (FBO #2) | A | Interest | | | Matured | 03/01/19 | J | | |
| 223.  -Memphis, TN Bond 11/1/21 (FBO #2) | A | Interest | J | T | | | | | |
| 224.  -Dallas, TX Bond 2/15/20 (FBO #2) | A | Interest | J | T | | | | | |
| 225.  -Washington, PA Bond 9/1/21 (FBO #2) | A | Interest | K | T | | | | | |
| 226.  -Atlanta, GABond 01/01/22 (FBO #2) | A | Interest | J | T | | | | | |
| 227.  -Colorado HSG Bond 05/01/23 (FBO #2) | A | Interest | J | T | | | | | |
| 228.  -Maine Muni Bond 09/01/21 (FBO #2) | A | Interest | J | T | | | | | |
| 229.  -Oakland, CA Bond 12/15/22 (FBO #2) | | None | J | T | | | | | |
| 230.  -Missouri St Bond 10/01/20 (FBO #2) | A | Interest | J | T | | | | | |
| 231.  -S Carolina St Bond 12/01/22 (FBO #2) | A | Interest | J | T | Redeemed<br>(part) | 10/16/19 | J | A | |
| 232.  -Elkhart IN Comty Schools Bond 7/20/23<br>(FBO #2) | A | Interest | J | T | | | | | |
| 233.  Chemical Bank Thomas Ludington Cust<br>AGY (H) | B | Interest | P1 | T | Distributed<br>(part) | 04/11/19 | K | | |
| 234. | | None | P1 | T | Distributed<br>(part) | 05/20/19 | K | | |
| 235. | | None | P1 | T | Distributed<br>(part) | 06/20/19 | J | | |
| 236. | | None | P1 | T | Distributed<br>(part) | 07/24/19 | J | | |
| 237. | | None | P1 | T | Distributed<br>(part) | 08/28/19 | K | | |
| 238. | | None | P1 | T | Distributed<br>(part) | 09/20/19 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Ludington, Thomas L.** | 05/12/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 239. | | None | P1 | T | Distributed<br>(part) | 10/16/19 | K | | |
| 240. | | None | P1 | T | Distributed<br>(part) | 10/31/19 | K | | |
| 241. | | None | P1 | T | Distributed<br>(part) | 11/18/19 | J | | |
| 242.  -Apple Inc | B | Dividend | M | T | | | | | |
| 243.  -Bristol-Myers Squibb Co | A | Dividend | K | T | | | | | |
| 244.  -Celgene Corp Com | | None | | | Merged<br>(with line 243) | 11/21/19 | K | E | |
| 245.  -Conocophillips | A | Dividend | J | T | | | | | |
| 246.  -Energizer Hldgs Inc | A | Dividend | | | Sold | 10/17/19 | J | B | |
| 247.  -Exxon Mobil Corp | A | Dividend | K | T | | | | | |
| 248.  -Intel Corp | A | Dividend | K | T | | | | | |
| 249.  -Lowes | A | Dividend | J | T | | | | | |
| 250.  -Boeing Co | A | Dividend | K | T | | | | | |
| 251.  -Walgreens Boots Alliance | A | Dividend | J | T | | | | | |
| 252.  -Aflac, Inc | A | Dividend | K | T | | | | | |
| 253.  -Aetna US Healthcare Inc (Y) | | | | | | | | | |
| 254.  -CVS Health Corp stock | A | Dividend | | | Sold | 10/17/19 | K | | |
| 255.  -Boston Properties Inc | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Ludington, Thomas L.** | 05/12/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 256.  -Clorox Co | A | Dividend | J | T | | | | | |
| 257.  -Invesco QQQ Trust | A | Dividend | M | T | | | | | |
| 258.  -Johnson & Johnson | A | Dividend | K | T | | | | | |
| 259.  -Microsoft Corp | B | Dividend | M | T | | | | | |
| 260.  -Nextera Energy Inc | A | Dividend | K | T | | | | | |
| 261.  -Oppenheimer Intl Growth Fund | | None | | | Sold | 06/26/19 | L | E | |
| 262.  -Pepsi Co | A | Dividend | K | T | | | | | |
| 263.  -Phillips 66 | A | Dividend | K | T | | | | | |
| 264.  -Prudential Financial | A | Dividend | K | T | | | | | |
| 265.  -SPDR Gold Shares ETF | | None | K | T | | | | | |
| 266.  -Deere & Co | A | Dividend | J | T | | | | | |
| 267.  -Disney | A | Dividend | K | T | | | | | |
| 268.  -Fastenal Co Com | A | Dividend | J | T | | | | | |
| 269.  -Principal Mid Cap Blend Fund | A | Dividend | K | T | | | | | |
| 270. | B | Distribution | K | T | | | | | |
| 271.  -Union Pac Corp | A | Dividend | K | T | | | | | |
| 272.  -T Rowe Price New Horizons Fund | D | Distribution | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1  Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2  Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ludington, Thomas L. | 05/12/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 273.  -Vanguard Inst Index Fund | B | Dividend | L | T | | | | | |
| 274. | A | Distribution | L | T | | | | | |
| 275.  -JP Morgan Chase stock | A | Dividend | K | T | | | | | |
| 276.  -Vanguard Strategic Small Cap Fund | A | Dividend | J | T | | | | | |
| 277. | A | Distribution | J | T | | | | | |
| 278.  -Amazon Inc stock | | None | K | T | | | | | |
| 279.  -McDonalds stock | A | Dividend | J | T | | | | | |
| 280.  -AbbVie Inc stock | A | Dividend | J | T | | | | | |
| 281.  -KLA-Tencor Corp stock | A | Dividend | K | T | | | | | |
| 282.  -Exelon Corp stock | A | Dividend | J | T | | | | | |
| 283.  -Vanguard Financials ETF | A | Dividend | K | T | | | | | |
| 284.  -Ross Stores, Inc stock | A | Dividend | K | T | | | | | |
| 285.  -Taiwan Semiconductor stock | A | Dividend | K | T | | | | | |
| 286.  -Auto Zone stock | | None | K | T | | | | | |
| 287.  -Extra Space Storage stock | A | Dividend | J | T | | | | | |
| 288.  -Wasatch Int Growth Fund | | None | | | Sold | 06/29/19 | K | | |
| 289.  -Invesco Property & Casualty Ins ETF | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Ludington, Thomas L.** | 05/12/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 290.  -RMB Financial Services Fund | | None | | | Sold | 06/27/19 | K | B | |
| 291.  -John Hancock Intl Growth Fund | A | Dividend | K | T | Buy | 06/26/19 | K | | |
| 292.  -Vanguard Total Intl Stock Index Fund | A | Dividend | K | T | Buy | 06/26/19 | K | | |
| 293.  -iShares DJ US Fin Sec ETF | A | Dividend | K | T | Buy | 06/26/19 | K | | |
| 294.  -Rockdale Co, GA Bond 7/1/19 | A | Interest | | | Matured | 07/01/19 | J | | |
| 295.  -UNC Chapel Hill Bond 8/1/19 | | None | | | Matured | 08/01/19 | J | | |
| 296.  -Purdue University Bond 7/1/31, Pre-refunded 7/1/19 | A | Interest | | | Redeemed | 07/01/19 | J | | |
| 297.  -South Carolina St Public Util Bond 12/1/23 | A | Interest | K | T | | | | | |
| 298.  -Burien, WA Bond 12/1/2020 | A | Interest | K | T | | | | | |
| 299.  -Hempstead, NY Bond 7/15/2020 | A | Interest | K | T | | | | | |
| 300.  -Oakland, CA Bond 12/15/21 | | None | J | T | | | | | |
| 301.  -San Mateo, CA Bond 8/1/21 | A | Interest | J | T | | | | | |
| 302.  -American Express CD 09/06/22 | A | Interest | K | T | | | | | |
| 303.  -Metro, NY Transit Bond 11/15/22 | A | Interest | K | T | | | | | |
| 304.  -Pembroke Pines, FL Bond 10/1/22 | A | Interest | K | T | | | | | |
| 305.  -Hisperia, CA Bond 2/1/23 | A | Interest | J | T | | | | | |
| 306.  -Silver City, NM Bond 12/1/22 | A | Interest | K | T | | | | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Ludington, Thomas L.** | 05/12/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 307.  Chemical Bank ▉▉▉▉ Trust AGY (H) | C | Interest | P1 | T | Distributed (part) | 10/31/19 | K | | |
| 308. | | None | P1 | T | Distributed (part) | 11/19/19 | J | | |
| 309. | | None | P1 | T | Distributed (part) | 12/20/19 | K | | |
| 310.  -Matthews Pacific Tiger Fund | A | Dividend | K | T | | | | | |
| 311. | A | Distribution | K | T | | | | | |
| 312.  -FMI International Fund | A | Dividend | K | T | | | | | |
| 313. | A | Distribution | K | T | | | | | |
| 314.  -Fidelity Select Portfolio Fund | A | Dividend | K | T | | | | | |
| 315. | A | Distribution | K | T | | | | | |
| 316.  -Magna Intl stock | A | Dividend | | | Sold | 10/17/19 | K | C | |
| 317.  -Delaware Emerging Markets Fund | A | Dividend | J | T | Buy | 06/26/19 | J | | |
| 318.  -Inv Opp Developing Markets Fund | A | Dividend | J | T | Buy | 06/26/19 | J | | |
| 319. | A | Distribution | J | T | | | | | |
| 320.  -Vanguard Dev Market Index | A | Dividend | K | T | Buy | 06/26/19 | K | | |
| 321.  -Vanguard Small Cap Index | A | Dividend | K | T | Buy | 06/26/19 | K | | |
| 322.  -Boston Properties stock | A | Distribution | J | T | Buy | 06/26/19 | K | | |
| 323.  -Emerson Elec Co stock | A | Dividend | J | T | Buy | 07/11/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Ludington, Thomas L.** | 05/12/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 324.  -CSX Corp stock | A | Dividend | J | T | Buy | 07/11/19 | J | | |
| 325.  -Travelers Companies stock | A | Dividend | J | T | Buy | 07/23/19 | J | | |
| 326.  -V.F. Corp stock | A | Dividend | J | T | Buy | 08/01/19 | J | | |
| 327.  -Chevron Corp stock | A | Dividend | J | T | Buy | 08/02/19 | J | | |
| 328.  -Cisco Systems stock | A | Dividend | J | T | Buy | 08/02/19 | J | | |
| 329.  -Analog Devices Inc stock | A | Dividend | J | T | Buy | 08/05/19 | J | | |
| 330.  -Comerica Inc stock | A | Dividend | | | Buy | 08/05/19 | J | | |
| 331. | | None | | | Sold | 10/17/19 | J | | |
| 332.  -Nike Inc stock | A | Dividend | K | T | Buy | 08/07/19 | J | | |
| 333.  -Salesforce.com stock | | None | J | T | Buy | 08/05/19 | J | | |
| 334.  -Comcast Corp stock | A | Dividend | J | T | Buy | 08/05/19 | J | | |
| 335.  -Becton Dickinson stock | A | Dividend | K | T | Buy | 08/05/19 | J | | |
| 336.  -Broadcom Inc stock | A | Dividend | K | T | Buy | 08/07/19 | J | | |
| 337.  -Abbott Labs stock | A | Dividend | K | T | Buy | 10/08/19 | J | | |
| 338.  -AT&T Inc stock | | None | J | T | Buy | 10/17/19 | J | | |
| 339.  -Royal Dutch Shell stock | A | Dividend | J | T | Buy | 10/17/19 | J | | |
| 340.  -Alliant Corp stock | A | Dividend | J | T | Buy | 10/17/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Ludington, Thomas L.** | 05/12/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period<br>(1)<br>Amount<br>Code 1<br>(A-H) | <br><br>(2)<br>Type (e g ,<br>div , rent,<br>or int ) | C<br>Gross value at end<br>of reporting period<br>(1)<br>Value<br>Code 2<br>(J-P) | <br><br>(2)<br>Value<br>Method<br>Code 3<br>(Q-W) | D<br>Transactions during reporting period<br>(1)<br>Type (e g ,<br>buy, sell,<br>redemption) | <br><br>(2)<br>Date<br>mm/dd/yy | <br><br>(3)<br>Value<br>Code 2<br>(J-P) | <br><br>(4)<br>Gain<br>Code 1<br>(A-H) | <br><br>(5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 341. -Vanguard Comm Service ETF | A | Dividend | J | T | Buy | 10/17/19 | J | | |
| 342. -Clark Cnty Nev Arpt Bond 7/1/20 | B | Interest | K | T | | | | | |
| 343. -Fenton, MI Bond 5/1/2022 | A | Interest | K | T | | | | | |
| 344. -Fidelity Inter Muni Inc Fund #036 | A | Dividend | K | T | | | | | |
| 345. | A | Distribution | K | T | | | | | |
| 346. -Fidelity MI Muni Inc Fund #081 | A | Dividend | K | T | | | | | |
| 347. -Illinois ST Agm Bond 1/1/21 | B | Interest | K | T | | | | | |
| 348. -Manistique,MI Bond 5/1/2020 | A | Interest | K | T | | | | | |
| 349. -Bangor Mich Public Bond School 5/1/19 | A | Interest | | | Matured | 05/01/19 | K | | |
| 350. -Green Oak Twp Mich Bond 11/1/19 | A | Interest | | | Matured | 11/01/19 | L | | |
| 351. -Green Oak Twp Mich Bond 11/1/21 | A | Interest | | | Redeemed | 11/01/19 | L | | |
| 352. -Rapid River Mich Public Schools Bond 5/1/2020 | A | Interest | | T | Redeemed (part) | 05/01/19 | J | | |
| 353. -Waterford Mich School Dist Bond 5/1/19 | A | Interest | | | Matured | 05/01/19 | K | | |
| 354. -Waterford Mich School Dist Bond 5/1/2022 | A | Interest | K | T | | | | | |
| 355. -White Cloud Mich Public Schools Bond 5/1/2020 | A | Interest | K | T | | | | | |
| 356. -Houghton-Portage MI Bond 5/1/23 | A | Interest | K | T | | | | | |
| 357. -Wyoming, MI Bond 5/1/20 | A | Interest | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Ludington, Thomas L.** | 05/12/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 358.  -Petosky, MI Bond 4/1/23 | A | Interest | K | T | | | | | |
| 359.  -Lansing, MI Board Water Bond 7/1/20 | A | Interest | K | T | | | | | |
| 360.  -Saginaw Valley MI Bond 7/1/19 | A | Interest | | | Matured | 07/01/19 | K | | |
| 361.  -Niles, MI Community Schools Bond 5/1/22 | A | Interest | K | T | | | | | |
| 362.  -Grand Blanc, MI Community Bond 11/1/21 | A | Interest | K | T | | | | | |
| 363.  -Western MI Univ Bond 11/15/19 | A | Interest | | | Matured | 11/15/19 | K | | |
| 364.  -Southwest, TX Higher Ed Auth Bond 10/1/23 | A | Interest | J | T | | | | | |
| 365.  -Oregon St Bd of Edu Bond 6/30/22 | | None | J | T | | | | | |
| 366.  -Lawrence Co, PA Bond 11/15/23 | A | Interest | J | T | | | | | |
| 367.  -Southern Methodist Uni Bond 10/1/23 (Y) | | | | | | | | | |
| 368.  -Newark, NJ Bond 4/1/2020 | B | Interest | L | T | | | | | |
| 369.  -Goldman Sachs CD 12/10/19 | A | Interest | | | Matured | 12/10/19 | K | | |
| 370.  -State Bank of India CD 10/17/19 | A | Interest | | | Matured | 10/17/19 | K | | |
| 371.  -Salmon River, NY Bond 6/15/20 | A | Interest | K | T | | | | | |
| 372.  -Florida St Bond 7/1/21 | A | Interest | J | T | | | | | |
| 373.  -Jackson, MS Bond 5/1/21 | A | Interest | J | T | | | | | |
| 374.  -Los Angeles, CA Bond 11/1/21 | A | Interest | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ludington, Thomas L. | 05/12/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g, div, rent, or int) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g, buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 375. -Oneida Co, NY Bond 08/1/22 | A | Interest | J | T | | | | | |
| 376. -Passaic Co NJ Bond 4/1/21 | A | Interest | J | T | | | | | |
| 377. -Pembroke Pines, FL Bond 10/1/22 | A | Interest | K | T | | | | | |
| 378. Chemical Bank Savings | A | Int./Div. | L | T | | | | | |
| 379. Fidelity Bene IRA (H) | A | Interest | K | T | Distributed (part) | 11/01/19 | J | | |
| 380. -Doubleline Total Return Bond Fund | A | Dividend | K | T | Buy | 01/18/19 | K | | |
| 381. | | None | K | T | Sold (part) | 10/31/19 | J | | |
| 382. Fidelity Bene Roth IRA (H) | A | Interest | K | T | Distributed (part) | 11/01/19 | J | | |
| 383. -EQT Midstream Partners stock | A | Dividend | | | Sold | 01/17/19 | J | | |
| 384. -FedEx Corp stock | | None | | | Sold | 01/22/19 | J | | |
| 385. -Oregon State Bond 1/1/19 | A | Interest | | | Matured | 01/01/19 | J | | |
| 386. -New York, NY Bond 11/1/21 | A | Interest | | | Sold | 02/07/19 | J | | |
| 387. -Janus Henderson Global Income Fund | B | Dividend | K | T | Buy | 01/18/19 | K | | |
| 388. | A | Distribution | K | T | Buy (add'l) | 02/11/19 | J | | |
| 389. | | None | K | T | Sold (part) | 10/31/19 | J | A | |
| 390. Fidelity IRA #2 | | None | J | T | Distributed (part) | 10/11/19 | J | | |
| 391. Fidelity IRA Roth #2 (H) | A | Interest | M | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Ludington, Thomas L.** | 05/12/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 392.  -Home Depot stock | | None | | | Sold | 01/17/19 | J | C | |
| 393.  -American Tower Corp stock | A | Dividend | | | Sold | 01/17/19 | J | B | |
| 394.  -Invesco S&P Small Cap Util ETF | | | | | Sold | 01/17/19 | J | | |
| 395.  -Universal Health Services stock | | None | | | Sold | 01/17/19 | J | A | |
| 396.  -Jackson, MS Bond 5/1/21 | | | | | Sold | 02/11/19 | K | | |
| 397.  -Iowa Student, IA Bond 12/1/22 | A | Interest | | | Sold | 02/11/19 | J | | |
| 398.  -Connecticut State Bond 12/1/2020 | A | Interest | | | Sold | 02/07/19 | K | | |
| 399.  -Cook Co, IL Bond 12/1/24 callable 12/1/19 | A | Interest | | | Sold | 02/07/19 | J | | |
| 400.  -Nashville, Co TN Bond 7/1/21 | A | Interest | | | Sold | 02/07/19 | J | | |
| 401.  -Connecticut St Bond 11/1/20 | A | Interest | | | Sold | 02/07/19 | J | | |
| 402.  -Fullerton, CA Bond 09/01/20 | A | Interest | | | Sold | 02/07/19 | J | | |
| 403.  -Elkhart, IN Sch Dist Bond 7/20/23 | | None | | | Sold | 02/07/19 | J | | |
| 404.  -JohnCM Intl Select Fund | A | Dividend | J | T | Buy | 01/18/19 | J | | |
| 405. | | None | J | T | Buy (add'l) | 01/28/19 | J | | |
| 406.  -JP Morgan Europe Dynamic Fund | A | Dividend | K | T | Buy | 01/18/19 | K | | |
| 407. | | | K | T | Buy (add'l) | 02/11/19 | J | | |
| 408.  -PIMCO RAE Plus Small Fund | A | Dividend | K | T | Buy | 01/18/19 | K | | |

| | | | | |
|---|---|---|---|---|
| 1  Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2  Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Ludington, Thomas L.** | 05/12/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 409. | | None | K | T | Buy (add'l) | 02/11/19 | J | | |
| 410. -AQR Global Equity Fund | A | Dividend | K | T | Buy | 02/11/19 | K | | |
| 411. -DFA Intl Value Fund | A | Dividend | J | T | Buy | 02/11/19 | J | | |
| 412. -DFA US Large Cap Growth Fund | A | Dividend | J | T | Buy | 02/11/19 | J | | |
| 413. | A | Distribution | J | T | Buy (add'l) | 10/15/19 | J | | |
| 414. -DFA US Large Cap Value Fund | A | Dividend | K | T | Buy | 02/11/19 | K | | |
| 415. | A | Distribution | K | T | | | | | |
| 416. -New Perspective Fund | A | Dividend | K | T | Buy | 02/11/19 | K | | |
| 417. | A | Distribution | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Ludington, Thomas L.** | 05/12/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1. Lehman Brothers Bond Escrow (Line 102) is still held. Some principle has been returned, with the possibility of future repayment of principle.

2. Line 3 & 166 - TDAM accounts were closed at the end of all transfers in December 2018 and should have been reflected in the 2018 report.

3. Lines 15-24 - All State of MI 401k & 457 investments were sold on 1/10/19. All proceeds were deposited into Fidelity IRA Rollover #1 (Line 52). Investment gain/loss info was not available on these transactions.

4. Lines 122-128 & Lines 132-164 / Part I. Positions Line 4 -- Trust has no reportable assests.

5. Line 367 - Southern Meth Uni Bond 10/1/23 is the same investment as Southwest TX Higher Edu Bond 10/1/23 (Line 365) and was listed twice during the conversion to new custodian in 2018 report.

6. Line 253 - Aetna merged with CVS on November 28, 2018. Line 254 - CVS was incorrectly reported as a buy on November 28, 2018. This stock was part of the merger.

| Name of Person Reporting | Date of Report |
|---|---|
| Ludington, Thomas L. | 05/12/2020 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Thomas L. Ludington**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544